## JOSEPHINE RUTKA *v.* KIMBERLY COCHRAN ET AL.
## (13894)

Dupont, C. J., and Foti and Freedman, Js.

Argued September 18—decision released October 10, 1995

*Sebastian S. Ciarcia*, for the appellants (defendants).

*Norman F. Fishbein*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.